

# THE ATTORNEY GENERAL
## OF TEXAS

JIM MATTOX
ATTORNEY GENERAL

OPINION # M- 568          WAS NEVER ISSUED OR WAS WITHDRAWN.